**Barrett Daffin Frappier Treder & Weiss, LLP**
5080 N. 40th St., Suite 100
Phoenix, AZ 85018
(469) 341-6801

Carson T.H. Emmons (No. 024094)
carsone@bdfgroup.com

Attorney for Nationstar Mortgage, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| Travis Eugene Smith | Case No.: 2:17-bk- 09133-BKM |
| Debtor, | **NOTICE OF APPEARANCE** |

    Nationstar Mortgage, LLC, by and through its undersigned attorneys, hereby give

notice of its appearance in these proceedings, and requests that the name and address of

its attorneys be added to the mailing list in this matter, and that full future notices which

creditors are entitled to receive by mailed to said attorneys.

    Dated this 14th day of August, 2017.

                            */s/ Carson T. H. Emmons*
                            Carson T. H. Emmons
                            Barrett Daffin Frappier Treder &
                            Weiss, LLP
                            Attorney for Nationstar Mortgage,
                            LLC

///

///

///

1

| | |
|---|---|
| 1 | The original of the foregoing was electronically filed through the Court's ECF program this 14th day of _August, 2017. |
| 2 | |
| 3 | COPY of the foregoing sent this same day to: |
| 4 | U.S. Trustee<br>Office of the U.S. Trustee<br>230 North First Ave, Suite 204 |
| 5 | Phoenix, AZ 85003 |
| 6 | |
| 7 | Travis Eugene Smith<br>33002 N. 56th Street |
| 8 | Cave Creek, AZ 85331<br>Pro Se |
| 9 | Attorneys for debtor |
| 10 | Russell A. Brown |
| 11 | Chapter 13 Trustee<br>3838 N. Central Avenue, Suite 800 |
| 12 | Phoenix, AZ 85012 |
| 13 | |
| 14 | /s/   Evelyne A. David |

The original of the foregoing was
electronically filed through the Court's ECF
program this 14th  day of _August, 2017.

COPY of the foregoing sent this same day to:

U.S. Trustee
Office of the U.S. Trustee
230 North First Ave, Suite 204
Phoenix, AZ 85003

Travis Eugene Smith
33002 N. 56th Street
Cave Creek, AZ 85331
Pro Se
Attorneys for debtor

Russell A. Brown
Chapter 13 Trustee
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012

/s/   Evelyne A. David

2