# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| In Re: | Case No. 2:17-bk-09133-BKM |
| Travis Eugene Smith, Debtor. | Chapter 13 |
| | Judge Brenda K. Martin |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Buckley Madole, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

Nationstar Mortgage LLC
PO Box 619096,
Dallas, Texas 75261-9741

Respectfully submitted,
Buckley Madole, P.C.

/s/Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BuckleyMadole.com
Authorized Agent for Nationstar Mortgage LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 5, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Travis Eugene Smith
33002 N 56Th St
Cave Creek, AZ 85331-5190

**Debtors' Attorney**
Travis Eugene Smith
Debtor Pro Se
33002 N 56Th St
Cave Creek, AZ  85331-5190

**Chapter 13 Trustee**
Russell A. Brown
3838 N. Central Avenue, Suite 800
Phoenix, Arizona 85012-1965

                Respectfully Submitted,

                /s/Paul W. Cervenka
                Paul W. Cervenka